29 A.3d 1065

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. OMAR LEWIS, DEFENDANT–PETITIONER.

October 20, 2011.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003862–07 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.